The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAY HOWARD PRATHER,<br><br>　　　　　　Defendant. | NO. CR22-00088 JCC<br><br>ORDER ON MOTION TO EXTEND SELF-SURRENDER DATE<br><br>[~~PROPOSED~~] |

The Court having considered defendant Jay Howard Prather's Motion to Extend Self-Surrender Date (the "Motion") to the U.S. Penitentiary Lompoc, and finding that there is good cause to extend the surrender date, it is hereby

ORDERED that the Motion to Extend Self-Surrender is hereby GRANTED; and it is further

ORDERED that Mr. Prather's current surrender date of September 5, 2023, is extended to December 5, 2023.

DATED this __23rd__ day of August, 2023.

*/s/ John C. Coughenour*
Honorable John C. Coughenour
United States District Judge

ORDER ON MOTION TO EXTEND
SELF-SURRENDER DATE OF PRATHER - 1
CASE NO. CR22-00088 JCC

23797\000\67787_Ord

**LeSourd & Patten, P.S.**
20 Sixth Ave NE
Issaquah, WA  98027
Tel:  206-624-1040
Fax:  206-223-1099

Presented by:

LeSOURD & PATTEN, P.S.
Attorney for Defendant Jay Howard Prather

By: *s/Robert M. McCallum*
    Robert M. McCallum, WSBA #16373

    20 Sixth Avenue Northeast
    Issaquah, Washington  98027
    Telephone: 206-624-1040/206-357-5086
    Fax:  206-223-1099
    E-mail:  *rmccallum@lesourd..com*

ORDER ON MOTION TO EXTEND
SELF-SURRENDER DATE OF PRATHER - 2
CASE NO. CR22-00088 JCC

23797\000\67787_Ord

**LeSourd & Patten, P.S.**
20 Sixth Ave NE
Issaquah, WA  98027
Tel:   206-624-1040
Fax:  206-223-1099