Case 2:22-cr-00088-JCC   Document 34   Filed 04/29/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 2:22CR00088JCC |
| JAY PRATHER | ) |
| | ) USM No: 12281-510 |
| Date of Original Judgment: 05/09/2023 | ) |
| Date of Previous Amended Judgment: 05/16/2023 | ) Dennis Carroll |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    24    months **is reduced to**    18    .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   05/16/2023   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   April 29, 2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable John C. Coughenour, United States District Judge
*Printed name and title*